# **EXHIBIT C**

| | |
|---|---|
| **From:** | Jess Krannich |
| **Sent:** | Wednesday, February 17, 2021 10:02 AM |
| **To:** | 'perry.oldham@knobbe.com' |
| **Cc:** | 'Michael Harmond' |
| **Subject:** | RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE |

Mr. Oldham,

Since serving our responses and objections and our cover letter explaining our client's position and the authority in support of it, we have not heard from you as to any disputes, follow up, or requests to meet and confer.  Please let us know by the close of business today, Mountain Standard Time, whether your client's subpoena to our client is withdrawn in light of the objections and authority we served upon you or if it is something your client still intends to pursue.

Regards,

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

**From:** Lori Anderson <landerson@mc2b.com>
**Sent:** Tuesday, February 02, 2021 4:59 PM
**To:** perry.oldham@knobbe.com
**Cc:** Jess Krannich <jkrannich@mc2b.com>
**Subject:** Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Mr. Oldham,

Please see the attached correspondence from Jess M. Krannich in the above-referenced matter.

Thank you.

Lori Anderson, Legal Assistant
Manning Curtis Bradshaw & Bednar PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
801-363-5678 (Office)
801-364-5678 (Facsimile)
landerson@mc2b.com