<u>Query</u>   <u>Reports</u>   <u>Utilities</u>   <u>Help</u>   Log Out

ACCO,(JDEx),AO120,DISCOVERY,MANADR,PROTORD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:18-cv-02001-JVS-JDE

Masimo Corporation et al v. True Wearables, Inc. et al
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge John D. Early
Related Case: [8:20-cv-00048-JVS-JDE](#)
Cause: 35:271 Patent Infringement

Date Filed: 11/08/2018
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Masimo Corporation**
*a Delaware Corporation*

represented by **Irfan A Lateef**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: ial@kmob.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R Re**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: litigation@kmob.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Jensen**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502
Email: steve.jensen@knobbe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry D Oldham**
Knobbe Martens Olson and Bear LLP
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Fax: 949-760-9502

Email: perry.oldham@knobbe.com
*ATTORNEY TO BE NOTICED*

**Brian Christopher Claassen**
Knobbe Martens Olson and Bear
2040 Main Street 14th Floor
Irvine, CA 92614
949-760-0404
Email: brian.claassen@kmob.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Cercacor Laboratories, Inc.**<br>*a Delaware corporation* | represented by | **Irfan A Lateef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph R Re**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen C Jensen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Perry D Oldham**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Christopher Claassen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **True Wearables, Inc.**<br>*a Delaware corporation* | represented by | **Andrew T Pouzeshi**<br>Merchant and Gould PC<br>1801 California Street Suite 3300<br>Denver, CO 80202<br>303-357-1670<br>Fax: 612-332-9081<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paige S Stradley**<br>Merchant and Gould PC<br>80 South 8th Street 3200 IDS Center<br>Minneapolis, MN 55402<br>612-332-5300<br>Fax: 612-332-9081 |

Email: pstradley@merchantgould.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Gergely**
Merchant and Gould PC
767 Third Avenue Suite 23C
New York, NY 10017
212-223-6520
Fax: 612-332-9081
Email: pgergely@merchantgould.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roderick J O'Dorisio**
Merchant and Gould PC
1801 California Street Suite 3300
Denver, CO 80202
303-357-1670
Fax: 612-332-9081
Email: rodorisio@merchantgould.com
*TERMINATED: 05/29/2019*
*PRO HAC VICE*

**Ryan J Fletcher**
Merchant and Gould PC
1801 California Street Suite 3300
Denver, CO 80202
303-357-1670
Fax: 612-332-9081
Email: rfletcher@merchantgould.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherron L Wiggins**
Conkle Kremer and Engel PLC
3130 Wilshire Boulevard Suite 500
Santa Monica, CA 90403
310-998-9100
Fax: 310-998-9109
Email: s.wiggins@conklelaw.com
*ATTORNEY TO BE NOTICED*

**Zach Kachmer**
Merchant and Gould PC
1801 California Street Suite 330
Denver, CO 80202
303-357-1670
Fax: 612-332-9081
Email: ZKachmer@merchantgould.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Rose Washton**

Conkle Kremer and Engel PLC
3130 Wilshire Boulevard Suite 500
Santa Monica, CA 90403
310-998-9100
Fax: 310-998-9109
Email: a.washton@conklelaw.com
*ATTORNEY TO BE NOTICED*

### Defendant

**Marcelo Lamego**
*an individual*

represented by **Andrew T Pouzeshi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paige S Stradley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Gergely**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roderick J O'Dorisio**
(See above for address)
*TERMINATED: 05/29/2019*
*PRO HAC VICE*

**Ryan J Fletcher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sherron L Wiggins**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zach Kachmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Rose Washton**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Counter Claimant

**Marcelo Lamego**
*an individual*

represented by **Andrew T Pouzeshi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paige S Stradley**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Gergely**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roderick J O'Dorisio**
(See above for address)
*TERMINATED: 05/29/2019*
*PRO HAC VICE*

**Ryan J Fletcher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Zach Kachmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Rose Washton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**True Wearables, Inc.**
*a Delaware corporation*

represented by **Andrew T Pouzeshi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paige S Stradley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter A Gergely**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Roderick J O'Dorisio**
(See above for address)
*TERMINATED: 05/29/2019*
*PRO HAC VICE*

**Ryan J Fletcher**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  | **Zach Kachmer**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|
|  | **Amanda Rose Washton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Cercacor Laboratories, Inc.**<br>*a Delaware corporation* | represented by | **Irfan A Lateef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Joseph R Re**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen C Jensen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Perry D Oldham**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Brian Christopher Claassen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| **Masimo Corporation**<br>*a Delaware Corporation* | represented by | **Irfan A Lateef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Joseph R Re**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Stephen C Jensen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Perry D Oldham**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Brian Christopher Claassen**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Counter Claimant** | | |
| **True Wearables, Inc.**<br>*a Delaware corporation* | represented by | **Andrew T Pouzeshi**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Paige S Stradley**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter A Gergely**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Roderick J O'Dorisio**<br>(See above for address)<br>*TERMINATED: 05/29/2019* |
| | | **Ryan J Fletcher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Zach Kachmer**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Amanda Rose Washton**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** | | |
| **Marcelo Lamego**<br>*an individual* | represented by | **Andrew T Pouzeshi**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Paige S Stradley**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Peter A Gergely**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Roderick J O'Dorisio** |

(See above for address)
*TERMINATED: 05/29/2019*

**Ryan J Fletcher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Zach Kachmer**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda Rose Washton**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Cercacor Laboratories, Inc.**<br>*a Delaware corporation* | represented by | **Irfan A Lateef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joseph R Re**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry D Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Christopher Claassen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **Masimo Corporation**<br>*a Delaware Corporation* | represented by | **Irfan A Lateef**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Joseph R Re**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C Jensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Perry D Oldham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Christopher Claassen**
(See above for address)
*ATTORNEY TO BE NOTICED*

# There are proceedings for case 8:18-cv-02001-JVS-JDE but none satisfy the selection criteria.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/17/2021 15:11:05 | | | |
| **PACER Login:** | schriork | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:18-cv-02001-JVS-JDE Start date: 2/17/2021 End date: 2/17/2021 |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |