RECEIVED CLERK

MAR 0 1 2021

U.S. DISTRICT

Paige  S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402

----------------------------------------------------------

SALT LAKE CITY UT 840 Hasler
02/18/2021
18 FEB 2021 PM 3 L    US POSTAGE

FIRST-CLASS MAIL

$00.51⁰



ZIP 84101
011D11628168

' NIXIE     553 NFE 1     21C0002/23/21

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 84101190899      *1136-10184-18-42

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc:
Message-Id:<4724812@utd.uscourts.gov>Subject:Activity in Case 2:21-mc-00096-TS-JCB Masimo
Coproration et al v. True Wearables et al Order Referring Case to Magistrate Judge Content-Type:
text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance,
call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

US District Court Electronic Case Filing System

District of Utah

**Notice of Electronic Filing**
The following transaction was entered on 2/18/2021 at 10:52 AM MST and filed on 2/18/2021

| | |
|---|---|
| **Case Name:** | Masimo Coproration et al v. True Wearables et al |
| **Case Number:** | 2:21-mc-00096-TS-JCB |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A),
Magistrate to hear and determine all nondispositive pretrial matters. No attached document.
Motions referred to Jared C. Bennett. Signed by Judge Ted Stewart on 2/18/2021. (tlc)**

**2:21-mc-00096-TS-JCB Notice has been electronically mailed to:**
Peter A. Gergely     pgergely@merchantgould.com, jharting@merchantgould.com
Jess M. Krannich    jkrannich@mc2b.com, landerson@mc2b.com, reception@mc2b.com
Brian C. Claassen    2bcc@knobbe.com, litigation@knobbe.com
Michael Harmond    mharmond@mc2b.com, jcox@mc2b.com
**2:21-mc-00096-TS-JCB Notice has been delivered by other means to:**
Andrew T. Pouzeshi
MERCHANT & GOULD
1801 CALIFORNIA ST STE 3300
DENVER, CO 80202
Paige S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402
Sherron L. Wiggins
CONKLE KREMER & ENGEL PLC

3130 WILSHIRE BLVD STE 500
SANTA MONICA, CA 90403