James T. Burton (#11875)
Joshua S. Rupp (#12647)
**KIRTON MCCONKIE**
36 S. State Street, Ste. 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
jburton@kmclaw.com
jrupp@kmclaw.com

*Attorneys for Respondent*

| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION ||
|---|---|
| OWLET BABY CARE INC., <br><br> Petitioner, <br><br> v. <br><br> MASIMO CORPORATION and CERCACOR LABORATORIES, INC, <br><br> Respondent. | **MOTION FOR PRO HAC VICE ADMISSION PURSUANT TO GENERAL ORDER 20-003** <br><br> Civil No. 2:21-mc-00096-TS <br><br> Judge Ted Stewart <br> Magistrate Judge Jared C. Bennett |

Pursuant to General Order 20-003, I move for the pro hac vice admission of STEVE JENSEN as counsel for MASIMO CORPIRATION and CERCACOR LABORATORIES, INC., and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.

DATED this 11th day of March, 2021.

                                                  **KIRTON McCONKIE**

                                                  /s/James T. Burton
                                                  James T. Burton
                                                  Joshua S. Rupp
                                                  *Attorneys for Respondent*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 11th day of March, 2021, I caused a true and correct copy of the forgoing to be served on all counsel of record via the Court's CM/ECF.

 /s/Heather Mills