# Exhibit A



# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | James T. Burton |
| Firm: | KIRTON McCONKIE |
| Address: | 36 S. State Street, #1900 |
| | Salt Lake City, Utah 84111 |
| Telephone: | 801-328-3600 |
| Email: | jburton@kmclaw.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | Perry Oldham |
| Firm: | KNOBBE MARTENS |
| Address: | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |
| Telephone: | 949-721-2961 |
| Email: | Perry.oldham@knobbe.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☒ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| California | 216016 | 12/03/2001 |
| | | |
| | | |
| | | |
| | | |

1

2

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

### LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

*/s/ Perry Oldham*  
Signature

<u>March 11, 2021</u>  
Date