# Exhibit B

James T. Burton (#11875)
Joshua S. Rupp (#12647)
**KIRTON MCCONKIE**
36 S. State Street, Ste. 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
jburton@kmclaw.com
jrupp@kmclaw.com

*Attorneys for Respondent*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OWLET BABY CARE INC., <br><br>　　　Petitioner, <br><br> v. <br><br> MASIMO CORPORATION and CERCACOR LABORATORIES, INC, <br><br>　　　Respondent. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION PURSUANT TO GENERAL ORDER 20-003** <br><br> Civil No. 2:21-mc-00096-TS <br><br> Judge Ted Stewart <br> Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of PERRY OLDHAM  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Judge Jared C. Bennett
　　　　　　　　　　　　　　　　　　　　　United States District Judge