James T. Burton (#11875)
Joshua S. Rupp (#12647)
**KIRTON MCCONKIE**
36 S. State Street, Ste. 1900
Salt Lake City, Utah 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
jburton@kmclaw.com
jrupp@kmclaw.com

*Attorneys for Respondent*

| UNITED STATES DISTRICT COURT |
|---|
| FOR THE DISTRICT OF UTAH, CENTRAL DIVISION |

| | |
|---|---|
| OWLET BABY CARE INC.,<br><br>Petitioner,<br><br>v.<br><br>MASIMO CORPORATION and CERCACOR LABORATORIES, INC,<br><br>Respondent. | **ORDER GRANTING MOTION FOR PRO HAC VICE ADMISSION PURSUANT TO GENERAL ORDER 20-003**<br><br>Civil No. 2:21-mc-00096-TS<br><br>Judge Ted Stewart<br>Magistrate Judge Jared C. Bennett |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of STEPHEN JENSEN Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 11th day of March, 2021.

BY THE COURT:

_____
Honorable Judge Ted Stewart
United States District Judge