James T. Burton (Utah Bar No. 11875)
Joshua S. Rupp (Utah Bar No. 12647)
**KIRTON | McCONKIE**
36 S. State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 328-3600
Facsimile: (801) 321-4893
jburton@kmclaw.com
jrupp@kmclaw.com

*Attorneys for Respondents*

---

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| OWLET BABY CARE, INC, <br><br> Petitioner, <br><br> vs. <br><br> MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Respondents. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Civil No. 2:21-mc-00096-TS <br><br> Judge Ted Stewart <br><br> Magistrate Judge Jared C. Bennett |

NOTICE IS HEREBY GIVEN to all parties that Joshua S. Rupp of the law firm of Kirton McConkie hereby enters his appearance for Respondents MASIMO CORPORATION and CERCACOR LABORATORIES, INC., and respectfully requests that all correspondence, orders, and any other documents filed in connection with this matter should be addressed to Mr. Rupp at the address listed above.

DATED this 12th day of March, 2021.

       **KIRTON | McCONKIE**

       By: */s/ Joshua S. Rupp*
         James T. Burton
         Joshua S. Rupp
         *Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sherry Glendening