# EXHIBIT 1

| | |
|---|---|
| **From:** | Perry.Oldham |
| **To:** | Jess Krannich |
| **Cc:** | Michael Harmond |
| **Subject:** | Re: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE |
| **Date:** | Tuesday, February 23, 2021 9:00:31 PM |

Friday AM is fine.  Best wishes on Thursday.

Best,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

---

**From:** Jess Krannich <jkrannich@mc2b.com>
**Sent:** Tuesday, February 23, 2021 8:03 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** Re: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Perry,

I am having a short medical procedure on Thursday, but am not sure what my day will be like.  Would Friday AM work?

Best,

Jess

Sent from my iPhone

> On Feb 23, 2021, at 5:54 PM, Perry.Oldham <Perry.Oldham@knobbe.com> wrote:
>
>
> Hi Jess,
>
> Can we try to connect on Thursday?  Tomorrow is hit and miss for me and an extra day hopefully gives you time to connect with your client.

**EXHIBIT 1**

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe** Martens

---

**From:** Jess Krannich <jkrannich@mc2b.com>
**Sent:** Tuesday, February 23, 2021 4:34 PM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Perry,

Thanks for following up.  I was able to connect with our client briefly, but we are also now digesting the Court's short order issued today and I need to discuss that with our client as well.  Given that our motion is no longer currently pending and your opposition is no longer due tomorrow, may I get back to you tomorrow after I reconnect with our client?

Best,

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Tuesday, February 23, 2021 1:42 PM
**To:** Jess Krannich <jkrannich@mc2b.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Hi Jess,

I understand you were planning to contact your client and then we would speak again. Please let me know when you are available for a call.

**EXHIBIT 1**

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe** Martens

---

**From:** Jess Krannich <jkrannich@mc2b.com>
**Sent:** Monday, February 22, 2021 11:02 AM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Yes, I will be in the office this afternoon and that would be fine.  Speak to you then.

Best,

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Monday, February 22, 2021 11:56 AM
**To:** Jess Krannich <jkrannich@mc2b.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

3:00 MST works fine.  Should I call the number in your signature?

Thanks,

Perry

**Perry Oldham**
Partner
949-721-2961

**EXHIBIT 1**

**Knobbe Martens**

**From:** Jess Krannich <jkrannich@mc2b.com>
**Sent:** Monday, February 22, 2021 10:44 AM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

It looks like our emails crossed.  I have a 2:00 but should be available after 3:00 PM MST.  Will that work for you?

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Monday, February 22, 2021 11:02 AM
**To:** Jess Krannich <jkrannich@mc2b.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** Re: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Hi Jess,

My schedule is more flexible today.

Please let me know what time would work for you.

Thanks,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

**From:** Jess Krannich <jkrannich@mc2b.com>

**EXHIBIT 1**

**Sent:** Monday, February 22, 2021 9:57:50 AM
**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Perry,

I received another voicemail from you late on Friday, and it sounds like you were tied up much of the day.  Is there a good time today for you to talk?

Best,

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

---

**From:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Sent:** Thursday, February 18, 2021 4:09 PM
**To:** Jess Krannich <jkrannich@mc2b.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Dear Jess,

I left you a couple of voice mails but I realize you may not be in the office.

Please give me a call at (949) 422-4221 when you have a minute.

Best regards,

Perry

**Perry Oldham**
Partner
949-721-2961
**Knobbe Martens**

---

**From:** Jess Krannich <jkrannich@mc2b.com>
**Sent:** Wednesday, February 17, 2021 9:02 AM

**EXHIBIT 1**

**To:** Perry.Oldham <Perry.Oldham@knobbe.com>
**Cc:** Michael Harmond <mharmond@mc2b.com>
**Subject:** RE: Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Mr. Oldham,

Since serving our responses and objections and our cover letter explaining our client's position and the authority in support of it, we have not heard from you as to any disputes, follow up, or requests to meet and confer. Please let us know by the close of business today, Mountain Standard Time, whether your client's subpoena to our client is withdrawn in light of the objections and authority we served upon you or if it is something your client still intends to pursue.

Regards,

Jess M. Krannich
MANNING CURTIS BRADSHAW & BEDNAR PLLC
136 East South Temple, Suite 1300, Salt Lake City, UT 84111
+1-801-303-0034 (direct) | +1-801-364-5678 (facsimile)
jkrannich@mc2b.com | www.mc2b.com

**From:** Lori Anderson <landerson@mc2b.com>
**Sent:** Tuesday, February 02, 2021 4:59 PM
**To:** perry.oldham@knobbe.com
**Cc:** Jess Krannich <jkrannich@mc2b.com>
**Subject:** Objections to Non-Party Subpoena Served in Masimo Corporation and Cercacor Laboratories, Inc. v. True Wearables, Inc. and Marcelo Lamego, 8:18-CV-02001-JVS-JDE

Mr. Oldham,

Please see the attached correspondence from Jess M. Krannich in the above-referenced matter.

Thank you.

Lori Anderson, Legal Assistant
Manning Curtis Bradshaw & Bednar PLLC
136 East South Temple, Suite 1300
Salt Lake City, Utah 84111
801-363-5678 (Office)
801-364-5678 (Facsimile)
landerson@mc2b.com

**EXHIBIT 1**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**EXHIBIT 1**

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**EXHIBIT 1**