# EXHIBIT 2



Join now | Sign in

Sarah S.

## Sarah S.

Mobile Product Manager at Owlet Baby Care

Culver City, California · 500+ connections

Sign in to Connect

 Owlet Baby Care

 UCLA Anderson School of Management

## About

My passion is to design and develop products that customers find simple to use, fun to engage with and make their lives easier.
I believe in the value of qualitative customer research, and I spend hours/days/months talking to customers so I can empathize their pain and never take any success for granted.
I am also a data-nerd - I enjoy finding patterns and stories through large quantities of data so the product can continue to optimize and reduce customer efforts.
Ultimately, I believe focusing on the customer will always lead to positive financial impact for the company.

Specialties:
Android and iOS Product Design
Product Management
Customer Experience Best Practices
A/B Testing
App Store Analytics
Net Promoter Score (NPS)

Linked in                                               Join now    Sign in

Sarah S.

## Activity

Senior Data Scientist - Owlet Baby Care - Career Page

Liked by **Sarah S.**

"Today, we are announcing a new choice for parents who have decided their tweens and teens are ready to explore YouTube with a supervised account."

Liked by **Sarah S.**

**Whitney Wolfe Herd, the CEO of bumble signing for the company to go public, and in minutes became the youngest self-made woman billionaire at age 31,...**

Liked by **Sarah S.**

Sign in to see all activity

## Experience

**Senior Product Manager, Mobile**
Owlet Baby Care
Jan 2021 - Present · 3 months

**Symantec**
12 years 5 months

**Senior Product Manager, Norton Mobile & Innovation**



Sarah S.

### Senior Product Manager, Norton Customer Experience

Sep 2016 - Jan 2019 · 2 years 5 months

Culver City

Owner of in-product and uninstall feedback channels for all Norton products, grew company-wide Voice of the Customer (VOC) adoption by 300% within six months.

Using machine learning, statistical modeling and data visualization tools (Tableau & Excel) to collect, analyze and report on customer feedback that is used to influence product roadmap and reduce customer effort.

Lead multiple large-scale qualitative research study to identify customer pain points and recommend best...

Show more

### Principal Mobile User Experience Designer

Sep 2008 - Sep 2016 · 8 years 1 month

Culver City, CA

Envisioned and architected user experience for more than five mobile apps for android/iOS. Norton Mobile Security achieved 15 million downloads and awarded 4.5/5 user rating in under two years.

Worked collaboratively with product manager, engineering, and other designers to create products that meet business requirements with a focus on seamless user experience and improved business metrics.

Provided comprehensive user flows, wireframe and prototype to effectively communicate...

Show more

### Consultant

Stealth Startup in Mobile App Space

Sep 2014 - Sep 2015 · 1 year 1 month



Join now  Sign in

Sarah S.

### Product Manager
Saga Technology

Jan 2005 - Sep 2008 · 3 years 9 months

Liaised with end users, stakeholders and development team to deliver e-commerce and large enterprise web portals. Analyzed and created requirements documents with flowcharts, use cases and detailed functional design specifications.

## Education

### UCLA Anderson School of Management
MBA

2011 - 2014

Activities and Societies: Entrepreneur Association Marketing Association

### Temple University
BS · Computer Science, Mathematics

Activities and Societies: Honors Program

## Volunteer Experience

### Track Committee Volunteer
Anita Borg Institute for Women in Technology

Mar 2014

Science and Technology



Sarah S.

Jul 2017 - Present · 3 years 9 months

Science and Technology

## Licenses & Certifications

**Certified Customer Experience Professional (CCXP)**
Customer Experience Professionals Association (CXPA)
Issued Jul 2017

## Patents

**Systems and Methods for Configuring Information Displayed on a Screen**
Issued April 14, 2010 · United States · 8,302,031

## Projects

**Project Prozac (aka Norton Spot)**
Aug 2012 - Aug 2012

Agile app development project to help users easily identify the Android apps that cause annoying behaviors on their device, dubbed "madware" (mobile adware). The app, now known as Norton Spot, was conceived, created, and released in four weeks and had a 4.8 rating on Google Play in the first eight weeks after release.

Other creators

LinkedIn                                              Join now    Sign in

Sarah S.

## Languages

### English
Native or bilingual proficiency

### Chinese
Native or bilingual proficiency

## Groups

### UCLA Alumni in China
-

### Global Access Program 2013 - Finnish Companies
-

### Mobile Software Development Group
-

### Product Management
-

### Carrier Ethernet & Ethernet First Mile - Asia Pacific
-

### UX Strategy: Smarter Product Design
-

Show 8 more groups

 **Linkedin**

Join now | Sign in

Sarah S.

> Sarah is an exceptional product manager who is passionate about developing innovative products and getting them into the hands of consumers. In the summer of 2019, my colleagues and I created an algorithm that detects stalkerware apps, which turn cellphones into spying devices. These apps are routinely used by perpetrators of intimate partner violence to surveil their partners' location, browsing history, sms messages, phone calls, etc. In only a month and a half, Sarah integrated our algorithm as a new stalkerware detection feature for the Norton Mobile Security product. Over the past 8 years as a researcher, many of my prototypes have made their way into deployed products. Moving prototypes into products is usually the hardest part of my job, a process that involves convincing and cajoling stakeholders of many kinds into action, and which almost invariably takes at least 6 months and can drag on for years. In this case, Sarah took care of everything, she convinced the leadership to incorporate our technology, she wrangled resources from the engineering teams, the user experience teams, the backend teams, etc., and made everything happen in an impressively compact timeline. Before I knew it, in July 2019, the product was in consumer hands, protecting thousands of stalkerware victims a month. I have never had such a positive or easy experience working with a product team, and Sarah was the key enabler that drove it all.

> I have been Sarah Sang's direct manager since I hired her into Symantec 4 years ago. In that time Sarah has continually performed at the highest levels and made great achievements time and again. Through a combination of hard work, strategic intelligence, innovative thinking, and ability to motivate and lead people, Sarah has produced stunning results. Seeing a business and organizational need at Symantec, Sarah successfully formed a Mobile Experience Team (MET) that focus specifically on acquiring mobile domain expertize. The team has then grown into 4 members. Sarah has led the team through many design challenges, providing innovative concepts and building highly trusted relationships across business organizations. Sarah always pushes herself and her team to "think outside the box", she has also patented 2 separate design innovations relevant to mobile UI . I can recommend Sarah without reservation and at the highest level. She is a joy to work with and has a sunning record of achievement.

2 people have recommended Sarah

 Join now | Sign in

Sarah S.

## View Sarah's full profile

- See who you know in common
- Get introduced
- Contact Sarah directly

Sign in to view full profile

## Others named **Sarah S.**


**Sarah Kullu**
Proprietress - VISTI
Bangalore Urban


**Sarah S**
OPT Recruiter at Ardor IT Solutions..
Charlotte, NC


**Sarah S**
Senior Marketing&Branding&PR Manager
Shanghai, China


**s s**
s
Denver, CO


**sarah S**
Sales Manager
Daxing District

1720 others named Sarah S. are on LinkedIn

See others named **Sarah S.**



Sarah S.

Interaction Design: Projects and Platforms

UXPin: Design Sprints and Reviews

Join now   Sign in

See all courses

# Sarah's public profile badge

Include this LinkedIn profile on other websites

**Sarah S.**
Mobile Product Manager at Owlet Baby Care

Senior Product Manager, Mobile at Owlet Baby Care

UCLA Anderson School of Management

View profile

View profile badges

© 2021                                    About
Accessibility                              User Agreement
Privacy Policy                             Cookie Policy
Copyright Policy                           Brand Policy
Guest Controls                             Community Guidelines
Language