# EXHIBIT 3

 Join now | Sign in

Jill Spivack



**Jill Spivack**
Co-Founder, Sleepy Planet at Sleepy Planet
Pacific Palisades, California · 432 connections

 Sleepy Planet

 University of Southern California

Sign in to Connect

## Activity

 With Mental Health Awareness Week just around the corner, there's lots of ways you can get people thinking and talking about their mental wellbeing....

Liked by **Jill Spivack**

## Experience

 **Co-Founder, Sleepy Planet**
Sleepy Planet

 **Co-Founder**
Sleepy Planet Parenting
Dec 1999 - Present · 21 years 4 months



Jill Spivack


1991 - 1993

## Licenses & Certifications

 **LCSW**
Board Of Behavioral Sciences

## Publications

**The Sleepeasy Solution: The exhausted parent's guide to getting your child to sleep: Birth to Five Years**

HCI · May 2007

Other authors

## View Jill's full profile

- See who you know in common
- Get introduced
- Contact Jill directly

Sign in to view full profile

## People also viewed



Join now   Sign in

Jill Spivack



**Women Helping Youth**
United States



**John Glantz**
Attorney at Glantz Law
Los Angeles County, CA



**Gil Bernardy**
--
United States



**Brick Wahl**
writer
Los Angeles, CA



**Amy Copeland**
--
United Kingdom



**Barbara Zimmermann**
--
United States



**Amanda Sainburg**
--
United States



**Ariella Benbassat**
--
United States



**Amanda Sutton**
Owner, Joy-Full Daisy's Boutique
Berrien Springs, MI

Show more profiles

## Others named **Jill Spivack**



**Jill Spivack**

 Co-Founder at Sleepy Planet
Los Angeles County, CA

2 others named Jill Spivack are on LinkedIn

See others named **Jill Spivack**

## Add new skills with these courses

 Innovating Out of Crisis

 Balancing Work and Life as a Work-from-Home Parent

 Essentials of Mindfulness and Compassion with Scott Shute

See all courses

## Jill's public profile badge

Include this LinkedIn profile on other websites

 **Jill Spivack**
Co-Founder, Sleepy Planet at Sleepy Planet

 Co-Founder, Sleepy Planet at Sleepy Planet

 University of Southern California

View profile



Join now | Sign in

Jill Spivack

© 2021

Accessibility

Privacy Policy

Copyright Policy

Guest Controls

Language

About

User Agreement

Cookie Policy

Brand Policy

Community Guidelines