# EXHIBIT 4



Join now | Sign in

Jennifer Waldburger



### Jennifer Waldburger

Co-founder, Sleepy Planet Parenting; Co-creator, The Dream Lab

Santa Monica, California · 500+ connections

Sign in to Connect


Sleepy Planet Parenting


Company Website

## Activity



A boat that will change the way we navigate Earth's waters. 100% Electric—next question. #cleantechnology #environment #innovation

Liked by Jennifer Waldburger



#whyneocharge

Liked by Jennifer Waldburger



I am so grateful for the opportunity to work for Takeda and to be able to positively impact the lives of people living with rare diseases. It is a...

Liked by Jennifer Waldburger



Join now | Sign in

Jennifer Waldburger

## Experience



**Co-Founder**
Sleepy Planet Parenting
1999 - Present · 22 years

Greater Los Angeles Area - and we serve families worldwide



**Co-creator, The Dream Lab**
Owlet Baby Care
Mar 2019 - Present · 2 years 1 month



**Meditation teacher**
Evenflow.io
Dec 2016 - Present · 4 years 4 months



**Co-Creator / Director, Mindfulness Program**
Various schools in the Los Angeles area
Sep 2015 - Present · 5 years 7 months

Los Angeles

## Publications

**Calm Mama, Happy Baby**
HCI · September 26, 2013

As a mom, I have absolutely found a connection between my stress or calm and my daughter's mood and behavior. Calm Mama, Happy Baby gives moms practical tools for choosing calm over stress no matter what is happening. These techniques have been a lifesaver for me."
—Tiffani Thiessen, actress

"A fascinating look at how we are neurologically 'programmed' to think, feel, and act like our parents. This book shows moms how to avoid passing along habits of stress and negativity, setting...

**EXHIBIT 4**

 Join now  Sign in

Jennifer Waldburger



See publication

### The Sleepeasy Solution
HCI · April 1, 2007

Two experts who are helping Hollywood's A-list babies get their zzz's share the no-fail, family-friendly method that has helped thousands of sleep-deprived moms and dads.

Even Hollywood's biggest stars face the same dilemma as other parents do: "How do I get my child to sleep?" As parents in the know are finding, whether they're on the red carpet or the soccer field, the answer is the same: The Sleepeasy Solution.

Psychotherapists and sleep specialists Jennifer and Jill, the...

Show more

Other authors



See publication

### The Sleepeasy Solution
April 1, 2007

Winner of the iParenting Media Award.

This DVD is a must-have resource for all parents with young children. --Peter Waldstein, M.D., Pediatrician

Jill and Jennifer's approach was truly amazing in helping our family thrive, and we are eternally grateful. --Ben Stiller and Christine Taylor, Actors

With compassion and expertise, >i>The Sleepeasy Solution targets your child's specific sleep needs and supports parents through the emotional side of sleep learning. --Sonja...

 

Jennifer Waldburger

Join now | Sign in

See publication ↗

View Jennifer's full profile

See who you know in common

Get introduced

Contact Jennifer directly

Sign in to view full profile

## People also viewed


**Jordan Monroe**
Forbes 30 Under 30 Co-Founder @ Owlet Care
Lehi, UT


**Jen Rapp**
Vice President Brand & Communications
Los Angeles Metropolitan Area


**Tyler Newman**
Director Of Quality Assurance at Owlet Baby Care
San Francisco, CA


**Burc Sahinoglu**
I'm actively hiring senior platform and devops engineers (and we have many other roles open), see our jobs page! Spread the word!
San Francisco, CA


**Kady S.**
CMO, Former Dropbox and Ex-EA Marketing Executive, Stanford Guest Speaker



| | Join now | Sign in |

**Jennifer Waldburger**

Los Angeles, CA



**Gregory Holden**
Founder / CEO at Grace Recovery
Los Angeles, CA



**Bob Mently**
Director Of Operations at Owlet Baby Care
Wildomar, CA



**Cyndi Zelman**
--
United States



**ty vaughn**
--
United States

Show more profiles ⌄

## Jennifer's public profile badge

Include this LinkedIn profile on other websites

 **Jennifer Waldburger**
Co-founder, Sleepy Planet Parenting; Co-creator, The Dream Lab

 Co-Founder at Sleepy Planet Parenting

View profile

Linked in

View profile badges

© 2021                                                       About
Accessibility                                           User Agreement



Join now  Sign in

Jennifer Waldburger