# EXHIBIT 6

FREE SHIPPING ... A $99 VALUE!

Owlet SOCK CAM MONITOR DUO DREAM LAB PREGNANCY BAND WHY OWLET

Dream Lab ™ By Owlet BUY NOW




# Dream Lab ™ By Owlet

## Online, Personalized Infant Sleep Solution

★★★★★ 4.6 (83)

$99.00 ~~$199.00~~

As low as $16/month with affirm

**For a limited-time, get $25 off Dream Lab! Use code SLEEP25 at checkout to enjoy a better night's sleep for you and your baby**

**Your Baby's Guide to Better Sleep**

Does your little one have difficulty falling—or staying—asleep at night or during the day? Dream Lab can help.

Dream Lab offers safe, easy and proven ways to build healthy sleep habits that support your child's development and allow you to be the happy, engaged parent you want to be. Designed for babies 4 to 12 months, Dream Lab is a convenient, online and interactive sleep program designed specifically for your baby and you. Step-by-step sleep plans, video tutorials, and access to live support from the country's leading sleep experts will have you experiencing better sleep for you and baby in as few as 7 days —guaranteed*.

*Refund must be requested within 15 days of registration

− 1 + ADD TO CART

ADD TO YOUR REGISTRY

SHARE THIS PRODUCT

Help

**EXHIBIT 6**

Owlet

# Better Sleep Starts Tonight.

## How it Works:

- Take the in-depth sleep assessment
- Choose from 3 safe, proven sleep methods
- Receive your personalized daily guide
- Follow the step-by-step sleep schedule
- Stay on track with auto-adjusting plan
- Attend twice-weekly webinars with Jill & Jen
- Watch the educational videos & tutorials
- Experience better sleep in 7 days or less--guaranteed*




**EXHIBIT 6**

## Safe Sleep, Designed by Experts.

Dream Lab co-creators Jill Spivack and Jen Waldburger are the country's leading pediatric sleep experts and have helped over 500,000 babies and families achieve better sleep. With Dream Lab, you'll have access to their expertise, guiding you every step of the way.





## A Plan as Unique as Your Baby.

Through the in-depth sleep assessment and personalized daily guides, Dream Lab does what books, courses and conflicting advice can't: teach your specific baby to self-soothe, fall asleep on their own and sleep through the night.

**EXHIBIT 6**

## Stay on Track & See Results.

Sleep doesn't always go as we plan, but Dream Lab's auto-adjusting schedule, educational videos, and twice-weekly live webinars with Jen & Jill will help you stay on track and ensure your success.



## Before Dream Lab:

- Parents & Baby are Up 2-3 Times a Night
- Baby Needs Breast, Bottle or Motion to Sleep
- Naps Are Short, Inconsistent or Non-existent

## After Dream Lab:

- Parents & Baby Sleep Through the Night
- Baby Self-soothes and Falls Asleep on Their Own
- Naps Are Regular and Predictable

**EXHIBIT 6**

People TODAY The New York Times WSJ GOOD MORNING AMERICA

★★★★★

"Dream Lab has changed our life and completely changed our baby. Thank you for giving me my happy well rested baby"

KRISTA ALLISON

## FAQs

- DOES DREAM LAB REALLY WORK?
- DOES DREAM LAB USE "CRY-IT-OUT" (CIO) SLEEP METHODS?
- WHY DO I HAVE TO WAIT TILL 4 MONTHS AND 14 POUNDS TO HELP MY BABY SLEEP WELL?
- WHAT IF MY BABY IS YOUNGER THAN 4 MONTHS?
- WHAT IF MY BABY IS OLDER THAN 12 MONTHS?
- I'M PREGNANT, BUT I'M INTERESTED IN DREAM LAB. SHOULD I PURCHASE NOW OR WAIT UNTIL MY BABY IS AT LEAST 4 MONTHS?
- IS DREAM LAB AN APP?
- DOES DREAM LAB INTEGRATE WITH THE SMART SOCK, OR DO I NEED A SOCK TO USE DL?
- HOW LONG DOES IT TAKE FOR DREAM LAB TO WORK?
- WHERE ELSE CAN I BUY DREAM LAB?
- HOW CAN I ADD DREAM LAB TO MY REGISTRY?

## Reviews

★★★★★ 4.6 | 83 Reviews

74 out of 79 (94%) reviewers recommend this product

Authentic Reviews

Search topics and reviews

WRITE A REVIEW

### Rating Snapshot

Select a row below to filter reviews.

| | |
|---|---|
| 5★ | 63 |
| 4★ | 14 |
| 3★ | 2 |
| 2★ | 2 |
| 1★ | 2 |

Most Helpful Favorable Review

★★★★☆ **TMCWP** · 10 months ago

**Good support from experts**

We are 17 days into the program. Our little guy is very stubborn and hasn't picked up on the program… **Show Full Review**

30 of 31 people found this helpful

**See more 4 and 5 star reviews**

Most Helpful Critical Review

★☆☆☆☆ **Cassie** · 9 months ago

**"No-Tears" is misleading!!**

I bought this a few days ago and it was a nightmare. Their methods do include TEARS. The "no tears" … **Show Full Review**

110 of 140 people found this helpful

**See more 1, 2, and 3 star reviews**

1–8 of 83 Reviews — Sort by: Highest to Lowest Rating

**GL2010**
Florida
Review **1**
Votes **0**
Gender **Female**
Age **35 to 44**

★★★★★ · 7 days ago

**Changed Our Lives!**

I saw dreamland advertised on the Owlet app and after my baby's sleep went from decent to up every hour, I gave it a shot! I happen to catch it on $49 sale but after the success it's brought, I would have paid many times more! The program takes a very thorough assessment of you and your baby's habits and routines and make a very specific plan for you!! If you follow the plan, it WORKS! It made me realize how much rest he was missing and not only is my baby sleeping better, he's happier for it! The best part is it has had a positive effect on our entire family! When the baby goes down, the older children do too and my husband and I routinely get quiet time together for the first time in years! Nap times are a breeze too and allow me to be so much more productive throughout my day. If you're thinking about this program, don't delay! With a money back guarantee, you have nothing to lose!

**Yes,** I recommend this product.

Helpful? Yes · 0 No · 0 REPORT

**brmcki01**
Owensboro KY
Review **1**
Votes **0**
Gender **Female**
Age **25 to 34**

★★★★★ · 10 days ago

**Worked so well!!**

My 5 month old would not sleep more than 4 hours and after he woke up had to be held nonstop to go back to sleep. After completing dream lab, he now falls asleep on his own and mom gets so much more sleep. The creators and their step by step instructions/videos are so helpful. I highly recommend this to everyone needing to get their baby to sleep better!! Game Changer!

**Yes,** I recommend this product.

Helpful? Yes · 0 No · 0 REPORT

**Kristi25**
Rolla, MO
Reviews **2**
Vote **1**
Gender **Female**
Age **25 to 34**

★★★★★ · 11 days ago

**Amazing Resource!**

My 7 month old was waking multiple times per night and would only fall asleep while being held. I was desperate for sleep. We own the Owlet SmartSock and I had seen the Dream Lab on the website, so I decided to give it a try. The assessment was very in depth. The detailed guide was very easy to follow and if I had more questions, I could find answers to them. My son was sleeping through the night within a week!

**Yes,** I recommend this product.

Helpful? Yes · 1 No · 0 REPORT

**Mama sky**
Review **1**
Vote **1**
Gender **Female**
Age **18 to 24**

★★★★★ · 15 days ago

**Easy to follow and adapt**

I bought This product a couple weeks ago, we did the first 3 days and LOVED it. It set his schedule for me to follow and made life super easy. Unfortunately we couldn't follow through due to bub still needing night feeds for weight issues but 11/10 recommend and will definitely use in the future.

**Yes,** I recommend this product.

Helpful? Yes · 1 No · 0 REPORT

**Kb1376**
New Jersey
Review **1**
Votes **0**
Age **35 to 44**

★★★★★ · 19 days ago

**Wish I would have done this with my first child!**

Of course I was skeptical going into this but reading the reviews I had hope. By the third night this was already working miracles. I actually extended the program longer than I needed to because it helped me and my husband stay on track for naps.
You need to be OK with your child crying but as Jill and Jen say they're not crying because they are in distressed but they are learning a new skill. Once they learn how to self soothe you will thank yourself 1 million times over.

**Yes,** I recommend this product.

Helpful? Yes · 0 No · 0 REPORT

**Jordan19**
Eagle Mountain ut
Review **1**
Votes **0**

★★★★★ · 19 days ago

**Quick Results**

We bought this when our baby turned 4 months old. He was getting up 2-5 times per night. Within 4 days of using the dream lab, he was sleeping 10 hours per night!

Helpful? Yes · 0 No · 0 REPORT

**EngineerMama**
Arkansas
Review **1**
Votes **0**
Gender **Female**
Age **25 to 34**

★★★★★ · 20 days ago

**It worked!**

Before I did this program, my baby was a rockstar nighttime sleeper but refused all naps. Now she consistently naps and is a much happier baby. It was difficult to let my baby cry but the program outlines all the steps for me and make the process much easier.

**Yes,** I recommend this product.

Helpful? Yes · 0 No · 0 REPORT

**APB1**
Richmond, VA
Review **1**
Votes **0**
Gender **Female**
Age **35 to 44**

★★★★★ · 20 days ago

**Sleep is golden!**

I purchased the Dream Lab because we needed a change. Within 2 nights my little girl was sleeping through the night. Amazing!

**Yes,** I recommend this product.

Helpful? Yes · 0 No · 0 REPORT

1–8 of 83 Reviews

## Get more from parenthood with Dream Lab

Parenting is hard work. Parenting while exhausted is even harder. But there is a solution. The sleep experts from Dream Lab have guided over 500,000 babies and their families to a full night's sleep. Dream Lab helps you enjoy this phase of parenthood and look forward to the rest.

*Based on tests of over 700 babies over a 14 day period. Individual results may vary.

## Stay in touch

Get the latest news on Owlet innovations, giveaways, and helpful tips for all things baby.

**EXHIBIT 6**