Case: 2:21mc96

FILED US District Court-UT
MAR 16 '21 PM01:39

Paige  S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402

SALT LAKE CITY UT 84 Hasler
23 FEB 2021 PM 3 L    02/23/2021
                     US POSTAGE  $00.51⁰



ZIP 84101
011D11628168

NIXIE        553 NFE 1       21 0003/03/21
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

       BC: 84101190899      *1136-02715-23-41

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<4728921@utd.uscourts.gov>Subject:Activity in Case 2:21-mc-00096-TS-JCB Masimo Coproration et al v. True Wearables et al Order on Motion to Quash Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## US District Court Electronic Case Filing System

## District of Utah

**Notice of Electronic Filing**

The following transaction was entered on 2/23/2021 at 11:29 AM MST and filed on 2/23/2021

| | |
|---|---|
| **Case Name:** | Masimo Coproration et al v. True Wearables et al |
| **Case Number:** | 2:21-mc-00096-TS-JCB |
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**ORDER denying [2] Motion to Quash without prejudice to refiling in the district where compliance with the Subpoena is required and denying [2] Motion to Expedite. Signed by Magistrate Judge Jared C. Bennett on 2/23/2021. (reb)**

**2:21-mc-00096-TS-JCB Notice has been electronically mailed to:**
Peter A. Gergely     pgergely@merchantgould.com, jharting@merchantgould.com
Jess M. Krannich     jkrannich@mc2b.com, landerson@mc2b.com, reception@mc2b.com
Brian C. Claassen    2bcc@knobbe.com, litigation@knobbe.com
Michael Harmond      mharmond@mc2b.com, jcox@mc2b.com
**2:21-mc-00096-TS-JCB Notice has been delivered by other means to:**
Andrew T. Pouzeshi
MERCHANT & GOULD
1801 CALIFORNIA ST STE 3300
DENVER, CO 80202
Paige S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402
Sherron L. Wiggins
CONKLE KREMER & ENGEL PLC
3130 WILSHIRE BLVD STE 500

SANTA MONICA, CA 90403

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/23/2021] [FileNumber=4728919-0
] [0f3e60abaf3ba1459f080bd8520caceaf50488bd3435a7db928388fae27cc653f99
e9f8315cd3bf22a750f28a3e09731a5e7f30c6b4531f2d90c6e9f70d56f72]]