Case: 2:21mc96

FILED US District Court-UT
MAR 22 '21 PM04:10

Paige S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402

SALT LAKE CITY UT 840  Hasler
03/11/2021
11 MAR 2021 PM 3 L   US POSTAGE   $00.51⁰

FIRST-CLASS MAIL



ZIP 84101
011D11628168

NIXIE         553 NFE 1       21C 0003/15/21
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 84101190899    *1136-07518-11-42
84101>196700

MIME-Version:1.0 From:utd_enotice@utd.uscourts.gov To:ecf_notice@localhost.localdomain Bcc: Message-Id:<4744309@utd.uscourts.gov>Subject:Activity in Case 2:21-mc-00096-TS-JCB Masimo Coproration et al v. True Wearables et al Order on Motion for Admission Pro Hac Vice Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## US District Court Electronic Case Filing System

## District of Utah

### Notice of Electronic Filing

The following transaction was entered on 3/11/2021 at 1:46 PM MST and filed on 3/11/2021

| | |
|---|---|
| **Case Name:** | Masimo Coproration et al v. True Wearables et al |
| **Case Number:** | 2:21-mc-00096-TS-JCB |
| **Filer:** | |
| **WARNING: CASE CLOSED on 02/23/2021** | |
| **Document Number:** | 11 |

**Docket Text:**
ORDER granting [9] Motion for Admission Pro Hac Vice of Attorney Stephen C. Jensen for Cercacor Laboratories and Masimo Coproration.
*Attorneys admitted Pro Hac Vice must register to efile and receive electronic notification of case activity in the District of Utah at https://www.pacer.uscourts.gov/cmecf/dcbk.html. Instructions are available at https://www.utd.uscourts.gov/cmecf-electronic-case-filing.*
*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at https://www.utd.uscourts.gov/rules-practice.*
**Signed by Judge Ted Stewart on 3/11/2021. (reb)**

**2:21-mc-00096-TS-JCB Notice has been electronically mailed to:**
Peter A. Gergely     pgergely@merchantgould.com, jharting@merchantgould.com
James T. Burton     jburton@kmclaw.com, hmills@kmclaw.com
Jess M. Krannich    jkrannich@mc2b.com, landerson@mc2b.com, reception@mc2b.com
Brian C. Claassen    2bcc@knobbe.com, litigation@knobbe.com
Michael Harmond    mharmond@mc2b.com, jcox@mc2b.com
**2:21-mc-00096-TS-JCB Notice has been delivered by other means to:**
Andrew T. Pouzeshi
MERCHANT & GOULD
1801 CALIFORNIA ST STE 3300
DENVER, CO 80202

Paige S. Stradley
MERCHANT AND GOULD PC
80 S 8TH ST
3200 IDS CENTER
MINNEAPOLIS, MN 55402
Sherron L. Wiggins
CONKLE KREMER & ENGEL PLC
3130 WILSHIRE BLVD STE 500
SANTA MONICA, CA 90403

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=3/11/2021] [FileNumber=4744307-0
] [25f3fe755e283d083a3dad4136e135aaf39122ffe3751d4eaa4a5e5cb9ae4ca57c1
2a197287fdfc1440d6af872d8bda689e8ac32d341a9e38f240b89905d032d]]