# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OWLET BABY CARE, INC.,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>MASIMO CORPORATION and CERCACOR LABORATORIES, INC.<br><br>　　　　　Respondents. | **DECLARATION OF JORDAN MONROE IN SUPPORT OF MOTION TO REOPEN CASE AND RECONSIDER ORDER DENYING MOTION TO QUASH**<br><br>Case No. 2:21-mc-00096-TS |

I, Jordan Monroe, hereby declare and state as follows:

1.　　　I am over the age of eighteen and am competent to make the following statements based upon my personal knowledge.

2.　　　I am the co-founder and Chief Innovation Officer for Owlet Baby Care, Inc. ("Owlet").  I oversee future product strategy and innovation.

3.　　　I understand that Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo"), in connection with their Opposition to Owlet's Motion to Reopen Case and Reconsider the Order Denying Owlet's Motion to Quash Without Prejudice, have submitted the Linkedin profiles of Jill Spivack and Jennifer Waldburger as evidence that Owlet regularly transacts business in person in California.

4.　　　Through my duties as Chief Innovation Officer, I have personal knowledge of Jill Spivack and Jennifer Waldburger and their relationship with Owlet.

5.　　　Jill Spivack and Jennifer Waldburger are the co-founders and owners of Sleepy Planet.  They are sleep consultants and considered experts in the field of sleep coaching for

1

parents with infants.  They are not Owlet employees.  They are consultants who have the same relationship with Owlet as any other vendor.  Sleepy Planet is a separate and distinct enterprise from Owlet, and is not owned or controlled by Owlet.

6.      I also understand that Masimo has submitted screenshots from the "Dream Lab" section of Owlet's website as evidence that Owlet regularly transacts business in person in California.

7.      Owlet's "Dream Lab" is a subscription sleep program offering step-by-step sleep plans, video tutorials, and access to live support to help parents address baby sleep issues.

8.      Owlet hired Sleepy Planet to help develop the Dream Lab product.  All of the material in-person interaction between Owlet and Sleepy Planet took place in Utah.

9.      As part of this development, Owlet filmed video content featuring Jill and Jennifer for Owlet's website.  This content was filmed in Utah with the exception of one photo shoot in California.

10.     Owlet paid Sleepy Planet a fee for their video content and consulting services. Owlet also pays Sleepy Planet an ongoing royalty based on sales of the Dream Lab product. None of this takes place in person.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 26th day of March, 2021

DocuSigned by:

Jordan Monroe

12F58DC580C345F...

Jordan Monroe

2